opinion. Judgment affirmed, with costs. Order filed.

---

KEMP, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Christina Kemp against the Lehigh Valley Railroad Company. No opinion. Order modified, by providing that plaintiff be required to pay the full bill of costs as taxed, amounting to $71.45, and, as modified, affirmed, with $10 costs and disbursements of this appeal to appellant.

---

KERN, Appellant, v. SCHAEFFER & BUDENBERG MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by John Kern against the Schaeffer & Budenberg Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re KESTER. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) In the matter of the judicial settlement of the accounts of Keta E. Kester, as administratrix, etc., of Edwin J. Kester, deceased. No opinion. Decree affirmed, with costs.

---

KETCHAM v. SAMMIS et al. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by David H. Ketcham against Albert V. Sammis and others. No opinion. Judgment affirmed, with costs.

---

KINELL, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by John Kinell against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

KIRKLAND, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by James Kirkland against James Hughes and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 139 N. Y. Supp. 1129.

---

KLINE BROS. & CO. v. COLONIAL ASSUR. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Kline Bros. & Co. against the Colonial Assurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

KLINE BROS. & CO. v. FACTORS' FIRE INS. CO. OF MEMPHIS, TENN. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Kline Bros. & Co. against the Factors' Fire Insurance Company of Memphis, Tenn. No opinion. Motion

to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

KLINE BROS. & CO. v. RIMOUSKI FIRE INS. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Kline Bros. & Co. against the Rimouski Fire Insurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

KLINE BROS. & CO. v. YORK FIRE INS. CO. OF TORONTO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Kline Bros. & Co. against the York Fire Insurance Company of Toronto. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

KOCHANOWSKA, Respondent, v. KOCHANOWSKA, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Juliana Kochanowska against Joseph Kochanowska.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STAPLETON, J., taking no part.

---

KOPF v. ROSS. WATSON v. GINGOLD REALTY CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Actions by Frederick Kopf against Robert S. Ross, and by John C. Watson against the Gingold Realty Company. No opinion. Motions granted, with $10 costs. Orders filed.

---

KORNGUT v. NASSAU NEWSPAPER DELIVERY EXPRESS CO. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Appeal from Trial Term, New York County. Action by Samuel Korngut against the Nassau Newspaper Delivery Express Company. From a judgment for plaintiff, and an order denying motion for new trial, defendant appeals. Reversed and remanded. Carl S. Petrasch, of New York City, for appellant. Louis Salant, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event, on the ground that there is no evidence to establish the vicious tendency of the horse, and also for error in admitting evidence of a statement of an unidentified person, not shown to have had any knowledge on the subject.

---

KOSS, Respondent, v. BOHEMIAN BENEVOLENT & LITERARY ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Stanley Koss against the Bohemian Benevolent & Literary Association. E. J. Treacy, of New York